UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHERYL BEAUDRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:07-0842 |
| ) | Judge Trauger |
| TELECHECK SERVICES, INC., et al, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

It is hereby ORDERED that a case management conference is set Friday, May 14, 2010 at 1:30 p.m.

It is so **ORDERED**.

ENTER this 7th day of May 2010.

Aleta A. Trauger
United States District Judge