IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHERYL BEAUDRY, )<br>individually and on behalf of all others )<br>similarly situated, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>TELECHECK SERVICES, INC., )<br>TELECHECK INTERNATIONAL, INC., )<br>and FIRST DATA CORP., )<br>  )<br>  Defendants. ) | Case No. 3:07-cv-0842<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Renewed Motion for Class Certification, to Hold Class Certification Motion in Abeyance Pending Completion of Discovery, and to Permit Supplementation of Class Certification Motion Following Completion of Discovery filed by plaintiff Cheryl Beaudry (Docket No. 57) is **DENIED** without prejudice.

It is so Ordered.

Entered this 20th day of July 2010.

_____
ALETA A. TRAUGER
United States District Judge