UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ESTATE OF CHERYL BEAUDRY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:07-cv-00842 |
| TELECHECK SERVICES, INC., et al., | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Renewed Motion for Summary Judgment for Lack of Standing (Doc. No. 260) is **GRANTED**, and this case is dismissed without prejudice. This is a final order. The Clerk shall enter judgment under the Federal Rules of Civil Procedure and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE